NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000604**
**19-FEB-2020**
**01:58 PM**

NO. CAAP-17-0000604

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant, v.
JOSEPH WILLIAMS-GARCIA, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CRIMINAL NO. 15-1-1922 (1PC151001922))

ORDER OF CORRECTION
(By: Wadsworth, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order
entered on February 13, 2020, is corrected as follows:

The case caption on the first page is corrected by
changing the party designations so that it reads:

STATE OF HAWAI'I, Plaintiff-Appellant, v.
JOSEPH WILLIAMS-GARCIA, Defendant-Appellee

The clerk of the court is directed to take all
necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, February 19, 2020.

Associate Judge

---

[1]    Ginoza, C.J., and Leonard and Wadsworth, JJ.